FILED

Petty Officer Third Class Tommy Chanci Castle Sr.
P.O. Box 1452 Winter Park, Florida 32790
Phone Number: 850-206-2707
Email: tommycastle32@icloud.com

2019 JUN 17  AM 10: 02

UNITED STATES DISTRICT COURT MIDDLE DISTRICT

OF FLORIDA

| | |
|---|---|
| PETTY OFFICER THIRD CLASS TOMMY CHANCI CASTLE SR., <br><br>       Plaintiff, <br><br> VS. <br><br> THE INTERNAL REVENUE SERVICE, <br><br>       Defendant. | Case Number  6:19-cv-1116-ORG-41-GJC <br><br> PLEADING TITLE: CIVIL RIGHTS VIOLATION AND CONSTUTIONAL RIGHTS VIOLATION. |

Plaintiff, Petty Officer Third Class Tommy Chanci Castle Sr. is suing The Internal Revenue Service for Plaintiff, Petty Officer Third Class Tommy Chanci Castle Sr. is Now citing Petty Officer Tommy Chanci Castle Sr.'s legal reasons for

PLEADING TITLE - 1

which legally establishes "THE LEGAL MERITS" of "THIS

LAWSUIT" against The Internal Revenue Service for which are

"THE SAME REASONS" that legally establishes "THE

UNITED STATES CONSTITUTION" itself according to "THE

PREAMBLE OF THE UNITED STATES OF AMERICA" for

which, says: We the People of the United States, in Order to

form a more perfect Union, establish Justice, insure domestic

Tranquility, provide for the common defense, promote the

general Welfare, and secure the Blessings of Liberty to

ourselves and our Posterity, do ordain and establish this

Constitution for the United States of America, for which are

"THE SAME REASONS WHY" Plaintiff, Petty Officer Third

Class Tommy Chanci Castle Sr. is Now filing this "LAWSUIT"

for "THE POSTERITY" for which is defined, as: the offspring

of one "PROGENITOR" for whom is defined, as: an ancestor in

PLEADING TITLE - 2

the direct line: a biologically ancestral form to the furthest

generation: all future generations, for which is why. Plaintiff,

Petty Officer Third Class Tommy Chanci Castle Sr. for whom is

"THE PROGENITOR" for whom is "THE ANCESTOR" in the

direct line of Plaintiff, Petty Officer Third Class Tommy Chanci

Castle Sr. is Now filing "THIS LAWSUIT" inside of The

United States District Court in The Middle District of Florida, to

legally defend. Plaintiff, Petty Officer Third Class Tommy

Chanci Castle Sr.'s "BIOLOGICALLY ANCESTRAL FORM"

here in The United States of America. So that "THE

BLESSINGS OF LIBERTY" would be legally secured for

"THE BLOODLINE" of Plaintiff, Petty Officer Third Class

Tommy Chanci Castle Sr., for which is legally "ORDAINED

AS WELL AS LEGALLY ESTABLISHED BY THE

CONSTITUTION OF THE UNITED STATES OF AMERICA,

PLEADING TITLE - 3

ACCORDING TO THE PREAMBLE OF THIS

CONSTITUTION OF THE UNITED STATES OF

AMERICA." For which is why. Plaintiff, Petty Officer Third

Class Tommy Chanci Castle Sr. is Now legally defending "THE

CONSTITUTION OF THE UNITED STATES OF AMERICA"

inside of The Civil and Criminal Courthouses in Seminole and

Orange Counties in the State of Florida as well as inside of The

Federal Courthouse in The Middle District of Florida. just, like

Plaintiff, Petty Officer Third Class Tommy Chanci Castle Sr.

took "AN OATH" in 1987, for which is when Plaintiff, Petty

Officer Third Class Tommy Chanci Castle Sr. entered into

"ACTIVE DUTY" for which is when Plaintiff, Petty Officer

Third Class Tommy Chanci Castle Sr. first began, to protect and

defend "THE UNITED STATES CONSTITUTION" against

"ALL ENEMIES" foreign and domestic, for which is why.

PLEADING TITLE - 4

Plaintiff, Petty Officer Third Class Tommy Chanci Castle Sr.

legally protected and legally defended "THE UNITED STATES

CONSTITUTION" inside of The Civil and Criminal

Courthouses in Seminole and Orange Counties in the State of

Florida as well as inside of The Federal Courthouse in The

Middle District of Florida. So that "WE THE PEOPLE OF THE

UNITED STATES" would allow "OUR DESCENDANTS" to

have a "MORE PERFECT UNION," for which is why. Plaintiff,

Petty Officer Third Class Tommy Chanci Castle Sr. legally used

"THE UNITED STATES CONSTITUTION" inside of The

Civil and Criminal Courthouses in Seminole and Orange

Counties in the State of Florida as well as inside of The Federal

Courthouse in The Middle District of Florida. to legally

establish "JUSTICE" inside of The Civil and Criminal

Courthouses in Seminole and Orange Counties in the State of

Florida as well as inside of The Federal Courthouse in The

Middle District of Florida as well as to legally insure

"DOMESTIC TRANQUILITY" for which is defined, as: the

quality or state of being "TRANQUIL" for which is defined, as:

free from agitation of mind or spirit: free from disturbance or

turmoil: unvarying in aspect, for which is why. Plaintiff, Petty

Officer Third Class Tommy Chanci Castle Sr. legally used

"THE UNITED STATES CONSTITUTION" inside of The

Civil and Criminal Courthouses in Seminole and Orange

Counties in the State of Florida as well as inside of The Federal

Courthouse in The Middle District of Florida, in "THE

COMMON DEFENSE" of "THE CITIZENS OF THE UNITED

STATES OF AMERICA." Just, like "THE FOUNDING

FATHERS OF THE UNITED STATES OF AMERICA"

intended for "THE UNITED STATES CONSTITUTION" to be

PLEADING TITLE - 6

used inside of "THE COURT OF LAW" in "THE COMMON

DEFENSE" of "THE CITIZENS OF THE UNITED STATES

OF AMERICA" for which is why. Plaintiff, Petty Officer Third

Class Tommy Chanci Castle Sr. legally provided "THE

UNITED STATES CONSTITUTION" inside of The Civil and

Criminal Courthouses in Seminole and Orange Counties in the

State of Florida, to "THE JUDGES" inside of The Civil and

Criminal Courthouses in Seminole and Orange Counties in the

State of Florida as well as inside of The Federal Courthouse in

The Middle District of Florida, for "THE COMMON DEFENSE

OF THE CITIZENS OF THE UNITED STATES OF

AMERICA" for which is why. So that "THE UNITED STATES

CONSTITUTION" could legally "PROMOTE" for which is

defined, as: to advance in station, rack, or honor: to contribute to

the growth and prosperity of as well as the general

PLEADING TITLE - 7

"WELFARE" for which is defined, as: the state of doing well especially in respect to good fortune, happiness, well-being and prosperity: aid in the form of money or necessities for those in need: an agency or program through which such aid is distributed to "EVERY CITIZEN OF THE UNITED STATES OF AMERICA" for which is why. "THE FOUNDING FATHERS OF THE UNITED STATES OF AMERICA." Wrote "THE UNITED STATES CONSTITUTION," for which is why. "THE CONSTITUTION OF THE UNITED STATES OF AMERICA" is "THE LEGAL PROGRAM" that Plaintiff, Petty Officer Third Class Tommy Chanci Castle Sr. legally used inside of The Civil and Criminal Courthouses in Seminole and Orange Counties in the State of Florida as well as inside of The Federal Courthouse in The Middle District of Florida, to "LEGALLY SECURE THE BLESSINGS OF LIBERTY" to

PLEADING TITLE - 8

"EVERY CITIZENS OF THE UNITED STATES OF

AMERICA" as well as "THE POSTERITY OF EVERY

CITIZEN OF THE UNITED STATES OF AMERICA" inside

of The Civil and Criminal Courthouses in Seminole and Orange

Counties in the State of Florida as well as inside of The Federal

Courthouse in The Middle District of Florida, for which is

where Plaintiff, Petty Officer Third Class Tommy Chanci Castle

Sr. "LEGALLY FOUGHT A CIVIL WAR" On behalf of

"EVERY CITIZEN OF THE UNITED STATES OF

AMERICA" inside of The Civil and Criminal Courthouses in

Seminole and Orange Counties in the State of Florida as well as

inside of The Federal Courthouse in The Middle District of

Florida, for which is when Plaintiff, Petty Officer Third Class

Tommy Chanci Castle Sr. "LEGALLY DEFENDED AND

LEGALLY PROTECTED, THE UNITED STATES

PLEADING TITLE - 9

CONSTITUTION" inside of The Civil and Criminal

Courthouses in Seminole and Orange Counties in the State of

Florida as well as inside of The Federal Courthouse in The

Middle District of Florida, against "THE DOMESTIC

ATTACK" of "THE UNITED STATES CONSTITUTION"

inside of The Civil and Criminal Courthouses in Seminole and

Orange Counties in the State of Florida as well as inside of The

Federal Courthouse in The Middle District of Florida, for which

is why. Plaintiff, Petty Officer Third Class Tommy Chanci

Castle Sr.'s "INCOME TAX RETURN" is based upon "THE

LOST REVENUE" that Plaintiff, Petty Officer Third Class

Tommy Chanci Castle Sr. has legally incurred. Because of

Plaintiff, Petty Officer Third Class Tommy Chanci Castle Sr.'s

"LEGAL DEFENSE" of "EVERY CITIZEN OF THE UNITED

STATES OF AMERICA" as well as Plaintiff, Petty Officer

PLEADING TITLE - 10

Third Class Tommy Chanci Castle Sr.'s "LEGAL DEFENSE

OF THE UNITED STATES CONSTITUTION ITSELF" inside

of The Civil and Criminal Courthouses in Seminole and Orange

Counties in the State of Florida as well as inside of The Federal

Courthouse in The Middle District of Florida, for which is why.

"THE LOST WAGES" of Plaintiff, Petty Officer Third Class

Tommy Chanci Castle Sr. is legally based upon "SECTION 4

IN AMENDMENT 14 OF THE UNITED STATES

CONSTITUTION," for which is entitled, as: "CITIZENSHIP

RIGHTS, EQUAL PROTECTION, APPORTIONMENT,

CIVIL WAR DEBT, for which was "PASSED" by Congress on

June 13th in 1866 and was "RATIFIED" on July 9th in 1868, for

which, says: The Validity (for which is defined, as: the quality

or state of being VALID for which is defined, as: having legal

efficacy or force; especially: executed with the proper legal

PLEADING TITLE - 11

authority and formalities: well-grounded or justifiable: being at

once relevant and meaningful: logically correct: appropriate to

the end in view: the state of being acceptable according to the

law: the quality of being well-grounded, sound, or correct) of the

public debt of the United States, authorized by law, including

debts incurred for payment of pensions and bounties for services

in suppressing insurrection or rebellion, shall not be questioned.

But neither the United States nor any State shall assume or pay

any debt or obligation incurred in aid of insurrection or rebellion

against the United States, or any claim for the loss or

emancipation of any slave; but all such debts, obligations and

claims shall be held illegal (for which and void

Plaintiff, Petty Officer Third Class Tommy Chanci

Castle Sr. is suing The Internal Revenue Service for Plaintiff,

Petty Officer Third Class Tommy Chanci Castle Sr. is Now

PLEADING TITLE - 12

citing Petty Officer Tommy Chanci Castle Sr.'s legal reasons for

which legally establishes "THE LEGAL MERITS" of "THIS

LAWSUIT" against The Internal Revenue Service for which are

"THE SAME REASONS" that legally establishes "THE

UNITED STATES CONSTITUTION" itself according to "THE

PREAMBLE OF THE UNITED STATES OF AMERICA" for

which, says: We the People of the United States, in Order to

form a more perfect Union, establish Justice, insure domestic

Tranquility, provide for the common defense, promote the

general Welfare, and secure the Blessings of Liberty to

ourselves and our Posterity, do ordain and establish this

Constitution for the United States of America, for which are

"THE SAME REASONS WHY" Plaintiff, Petty Officer Third

Class Tommy Chanci Castle Sr. is Now filing this "LAWSUIT"

for "THE POSTERITY" for which is defined, as: the offspring

PLEADING TITLE - 13

of one "PROGENITOR" for whom is defined, as: an ancestor in

the direct line: a biologically ancestral form to the furthest

generation: all future generations, for which is why. Plaintiff,

Petty Officer Third Class Tommy Chanci Castle Sr. for whom is

"THE PROGENITOR" for whom is "THE ANCESTOR" in the

direct line of Plaintiff, Petty Officer Third Class Tommy Chanci

Castle Sr. is Now filing "THIS LAWSUIT" inside of The

United States District Court in The Middle District of Florida, to

legally defend. Plaintiff, Petty Officer Third Class Tommy

Chanci Castle Sr.'s "BIOLOGICALLY ANCESTRAL FORM"

here in The United States of America. So that "THE

BLESSINGS OF LIBERTY" would be legally secured for

"THE BLOODLINE" of Plaintiff, Petty Officer Third Class

Tommy Chanci Castle Sr., for which is legally "ORDAINED

AS WELL AS LEGALLY ESTABLISHED BY THE

PLEADING TITLE - 14

CONSTITUTION OF THE UNITED STATES OF AMERICA, ACCORDING TO THE PREAMBLE OF THIS CONSTITUTION OF THE UNITED STATES OF AMERICA." For which is why. Plaintiff, Petty Officer Third Class Tommy Chanci Castle Sr. is Now legally defending "THE CONSTITUTION OF THE UNITED STATES OF AMERICA" inside of The Civil and Criminal Courthouses in Seminole and Orange Counties in the State of Florida as well as inside of The Federal Courthouse in The Middle District of Florida. just, like Plaintiff, Petty Officer Third Class Tommy Chanci Castle Sr. took "AN OATH" in 1987, for which is when Plaintiff, Petty Officer Third Class Tommy Chanci Castle Sr. entered into "ACTIVE DUTY" for which is when Plaintiff, Petty Officer Third Class Tommy Chanci Castle Sr. first began, to protect and defend "THE UNITED STATES CONSTITUTION" against

PLEADING TITLE - 15

"ALL ENEMIES" foreign and domestic, for which is why.

Plaintiff, Petty Officer Third Class Tommy Chanci Castle Sr.

legally protected and legally defended "THE UNITED STATES

CONSTITUTION" inside of The Civil and Criminal

Courthouses in Seminole and Orange Counties in the State of

Florida as well as inside of The Federal Courthouse in The

Middle District of Florida. So that "WE THE PEOPLE OF THE

UNITED STATES" would allow "OUR DESCENDANTS" to

have a "MORE PERFECT UNION," for which is why. Plaintiff,

Petty Officer Third Class Tommy Chanci Castle Sr. legally used

"THE UNITED STATES CONSTITUTION" inside of The

Civil and Criminal Courthouses in Seminole and Orange

Counties in the State of Florida as well as inside of The Federal

Courthouse in The Middle District of Florida. to legally

establish "JUSTICE" inside of The Civil and Criminal

PLEADING TITLE - 16

Courthouses in Seminole and Orange Counties in the State of Florida as well as inside of The Federal Courthouse in The Middle District of Florida as well as to legally insure "DOMESTIC TRANQUILITY" for which is defined, as: the quality or state of being "TRANQUIL" for which is defined, as: free from agitation of mind or spirit: free from disturbance or turmoil: unvarying in aspect, for which is why. Plaintiff, Petty Officer Third Class Tommy Chanci Castle Sr. legally used "THE UNITED STATES CONSTITUTION" inside of The Civil and Criminal Courthouses in Seminole and Orange Counties in the State of Florida as well as inside of The Federal Courthouse in The Middle District of Florida, in "THE COMMON DEFENSE" of "THE CITIZENS OF THE UNITED STATES OF AMERICA." Just, like "THE FOUNDING FATHERS OF THE UNITED STATES OF AMERICA"

PLEADING TITLE - 17

intended for "THE UNITED STATES CONSTITUTION" to be used inside of "THE COURT OF LAW" in "THE COMMON DEFENSE" of "THE CITIZENS OF THE UNITED STATES OF AMERICA" for which is why. Plaintiff, Petty Officer Third Class Tommy Chanci Castle Sr. legally provided "THE UNITED STATES CONSTITUTION" inside of The Civil and Criminal Courthouses in Seminole and Orange Counties in the State of Florida, to "THE JUDGES" inside of The Civil and Criminal Courthouses in Seminole and Orange Counties in the State of Florida as well as inside of The Federal Courthouse in The Middle District of Florida, for "THE COMMON DEFENSE OF THE CITIZENS OF THE UNITED STATES OF AMERICA" for which is why. So that "THE UNITED STATES CONSTITUTION" could legally "PROMOTE" for which is defined, as: to advance in station, rack, or honor: to contribute to

PLEADING TITLE - 18

the growth and prosperity of as well as the general

"WELFARE" for which is defined, as: the state of doing well

especially in respect to good fortune, happiness, well-being and

prosperity: aid in the form of money or necessities for those in

need: an agency or program through which such aid is

distributed to "EVERY CITIZEN OF THE UNITED STATES

OF AMERICA" for which is why. "THE FOUNDING

FATHERS OF THE UNITED STATES OF AMERICA." Wrote

"THE UNITED STATES CONSTITUTION," for which is why.

"THE CONSTITUTION OF THE UNITED STATES OF

AMERICA" is "THE LEGAL PROGRAM" that Plaintiff, Petty

Officer Third Class Tommy Chanci Castle Sr. legally used

inside of The Civil and Criminal Courthouses in Seminole and

Orange Counties in the State of Florida as well as inside of The

Federal Courthouse in The Middle District of Florida, to

PLEADING TITLE - 19

"LEGALLY SECURE THE BLESSINGS OF LIBERTY" to
"EVERY CITIZENS OF THE UNITED STATES OF
AMERICA" as well as "THE POSTERITY OF EVERY
CITIZEN OF THE UNITED STATES OF AMERICA" inside
of The Civil and Criminal Courthouses in Seminole and Orange
Counties in the State of Florida as well as inside of The Federal
Courthouse in The Middle District of Florida, for which is
where Plaintiff, Petty Officer Third Class Tommy Chanci Castle
Sr. "LEGALLY FOUGHT A CIVIL WAR" On behalf of
"EVERY CITIZEN OF THE UNITED STATES OF
AMERICA" inside of The Civil and Criminal Courthouses in
Seminole and Orange Counties in the State of Florida as well as
inside of The Federal Courthouse in The Middle District of
Florida, for which is when Plaintiff, Petty Officer Third Class
Tommy Chanci Castle Sr. "LEGALLY DEFENDED AND

PLEADING TITLE - 20

LEGALLY PROTECTED, THE UNITED STATES CONSTITUTION" inside of The Civil and Criminal Courthouses in Seminole and Orange Counties in the State of Florida as well as inside of The Federal Courthouse in The Middle District of Florida, against "THE DOMESTIC ATTACK" of "THE UNITED STATES CONSTITUTION" inside of The Civil and Criminal Courthouses in Seminole and Orange Counties in the State of Florida as well as inside of The Federal Courthouse in The Middle District of Florida, for which is why. Plaintiff, Petty Officer Third Class Tommy Chanci Castle Sr.'s "INCOME TAX RETURN" is based upon "THE LOST REVENUE" that Plaintiff, Petty Officer Third Class Tommy Chanci Castle Sr. has legally incurred. Because of Plaintiff, Petty Officer Third Class Tommy Chanci Castle Sr.'s "LEGAL DEFENSE" of "EVERY CITIZEN OF THE UNITED

STATES OF AMERICA" as well as Plaintiff, Petty Officer

Third Class Tommy Chanci Castle Sr.'s "LEGAL DEFENSE

OF THE UNITED STATES CONSTITUTION ITSELF" inside

of The Civil and Criminal Courthouses in Seminole and Orange

Counties in the State of Florida as well as inside of The Federal

Courthouse in The Middle District of Florida, for which is why.

"THE LOST WAGES" of Plaintiff, Petty Officer Third Class

Tommy Chanci Castle Sr. is legally based upon "SECTION 4

IN AMENDMENT 14 OF THE UNITED STATES

CONSTITUTION," for which is entitled, as: "CITIZENSHIP

RIGHTS, EQUAL PROTECTION, APPORTIONMENT,

CIVIL WAR DEBT, for which was "PASSED" by Congress on

June 13th in 1866 and was "RATIFIED" on July 9th in 1868, for

which, says: The Validity (for which is defined, as: the quality

or state of being VALID for which is defined, as: having legal

PLEADING TITLE - 22

efficacy or force; especially: executed with the proper legal

authority and formalities: well-grounded or justifiable: being at

once relevant and meaningful: logically correct: appropriate to

the end in view: the state of being acceptable according to the

law: the quality of being well-grounded, sound, or correct) of the

public debt of the United States, authorized by law, including

debts incurred for payment of pensions and bounties for services

in suppressing insurrection or rebellion, shall not be questioned.

But neither the United States nor any State shall assume or pay

any debt or obligation incurred in aid of insurrection or rebellion

against the United States, or any claim for the loss or

emancipation of any slave; but all such debts, obligations and

claims shall be held illegal (for which is defined, as: not

according to or authorized by law; also: not sanctioned by

official rules) and void (for which is defined, as: of no legal

force or affect: containing nothing: not occupied: not inhabited:

being without something specified, for which is why. The

Internal Revenue Service is Now in violation of Section 4 in

Amendment 14 of The United States of America.

JURY DEMAND

Plaintiff, Petty Officer Third Class Tommy Chanci Castle Sr.

hereby demands a trial by jury of all issues so triable pursuant to

Rule 38 of the Federal Rules of Civil Procedure and Section 102

of the Civil Rights Act of 1964. Plaintiff, Petty Officer Third

Class Tommy Chanci Castle Sr. is sending the "Complaint" to

Secretary of the Treasury Steven Mnuchin, Deputy Secretary of

the Treasury Justin Muzinich, Under Secretary of Terrorism and

Financial Intelligence Sigal Mandelker, Acting Under Secretary

for International Affairs Heath P. Tarbert, General Counsel

Brent Mcintosh, Assistant Secretary for Terrorist Financing

PLEADING TITLE - 24

Marshall Billingslea, Assistant Secretary for Tax Policy David

Kautter, Assistant Secretary for Intelligence and Analysis David

F. Eisner, Fiscal Assistant Secretary David Lebryk, Treasurer

Jovita Carranza and Counselor to the Secretary Dan Kowalski

Dated the 17th Day of June 2019.

Petty Officer Third Class
Tommy Chanci Castle Sr.

PLEADING TITLE - 25