UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TOMMY CHANCI CASTLE, SR.,**

      **Plaintiff,**

v.                                                Case No: 6:19-cv-1116-Orl-41GJK

**THE INTERNAL REVENUE SERVICE,**

      **Defendant.**

                                /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1). On July 15, 2019, United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation, recommending that the case be dismissed with prejudice because the Complaint is unintelligible and contains no basis upon which the Court can exercise subject matter jurisdiction. (Doc. 9 at 1).

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 9) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 5, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party